# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1362

_____

Vera Arnold,

         Appellant,

v.

Larry Norris, Director, Arkansas
Department of Correction; John
Maples, Warden, Grimes/McPherson
Unit, ADC; Larry May, Deputy
Director, Arkansas Department of
Correction,

         Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.
\*
\*  [UNPUBLISHED]
\*
\*
\*
\*
\*
\*

_____

Submitted: July 3, 2008
Filed: July 8, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former Arkansas inmate Vera Arnold appeals the district court's[1] order granting defendants summary judgment in her 42 U.S.C. § 1983 action. Following

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

careful de novo review, we conclude that summary judgment for defendants was proper. Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R 47B. We deny Arnold's motion to strike and for sanctions.

_____